IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Angela Young,                          :

    Plaintiff,                     :

  v.                                   :   Case No. 2:10-cv-960
                                              JUDGE GREGORY L. FROST
Commissioner of Social                     Magistrate Judge Kemp
    Security,                      :

    Defendant.                     :

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on June 20, 2011. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The statement of errors is OVERRULED.  The Clerk is directed to enter judgment in favor of the defendant Commissioner of Social Security.

    IT IS SO ORDERED.

                                                    /s/ Gregory L. Frost
                                                  GREGORY L. FROST
                                                  UNITED STATES DISTRICT JUDGE